UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JENNIFER WHITE, BRIAN DALY, M.D., and ANDREW STONE, M.D., M.P.H.,<br><br>Plaintiffs,<br><br>v.<br><br>GAINWELL TECHNOLOGIES LLC, f/k/a Hewlett Packard Enterprises, LLC, and DXC Technology Co.<br><br>Defendant. | No. 22-CV-10953-LTS<br><br>**UNDER SEAL** |

**UNITED STATES' NOTICE OF**
**ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of the United States' decision not to intervene in this action.

Although the United States declines to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should any party propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests

that orders issued by the Court be sent to the government's counsel.  The United States reserves its right to order any deposition transcripts, to later intervene in this action for good cause, and to seek the dismissal of the relators' action or claims.  The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that all papers on file in this action other than the relators' Complaint, this Notice, and the attached proposed Order remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court for the sole purpose of evaluating whether the seal and time for making an intervention decision should be extended.

A proposed order accompanies this Notice.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

Dated: July 19, 2024             */s/ Steven T. Sharobem*
STEVEN T. SHAROBEM
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Phone: (617) 748-3100
steven.sharobem@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel has not served a copy of the foregoing document on counsel for the defendant in accordance with Local Rule 7.1(a)(2) because, as to them, pursuant to 31 U.S.C. § 3730(b)(2), the Complaint is to remain under seal.

Dated:  July 19, 2024           By:   */s/ Steven T. Sharobem*
                                       Steven T. Sharobem
                                       Assistant United States Attorney

2

**CERTIFICATE OF SERVICE**

      I certify that, on July 19, 2024, I caused a copy of the foregoing document to be served on the relators' counsel, by electronic mail at the address below (with the relators' assent to electronic service), on the below date:

| | |
|---|---|
| Howard J. Susser | Reuben A. Guttman |
| Beth R. Myers | Traci L. Buschner |
| Paul R. Mastrocola | Elizabeth H. Shofner |
| Burns & Levinson LP | Guttman, Buschner & Brooks PLLC |
| 125 High Street | 1509 22nd Street, NW |
| Boston, MA 02110 | Washington, DC 20037 |
| (617) 345-3000 | (202) 800-3001 |
| hsusser@burnslev.com | rguttman@gbblegal.com |
| bmyers@burnslev.com | tbuschner@gbblegal.com |
| pmastrocola@burnslev.com | lshofner@gbblegal.com |

By:  */s/ Steven T. Sharobem*
      Steven T. Sharobem
      Assistant United States Attorney