# IN THE UNITED STATES DISTRICT COURT
# FOR MASSACHUSETTS

**UNITED STATES OF AMERICA**,

    *Plaintiff, ex rel.*

**JENNIFER WHITE, BRIAN DALY, M.D., and ANDREW STONE, M.D., M.P.H.,**

    *Plaintiff-Relators*,

    *v.*

**GAINWELL TECHNOLOGIES LLC, formerly known as Hewlett Packard Enterprise Services, LLC, and DXC Technology Co.,**

    *Defendant.*

No. 22-CV-10953-LTS

## PLAINTIFF-RELATORS' FURTHER STATUS REPORT

Pursuant to the Court's Order dated September 17, 2024 (Dkt. # 30), Plaintiff-Relators Jennifer White, Brian Daly, M.D., and Andrew Stone, M.D., M.P.H. ("Plaintiff-Relators"), submit this third status report following the Government's Notice of Election to Decline Intervention (Dkt. # 21), and this Court's Order entering the declination and unsealing the case (Dkt. # 22).

Plaintiff-Relators report that they served the Amended Complaint on Defendant Gainwell Technologies LLC on August 13, 2024. The summons was returned executed on September 23, 2024 (Dkt. #45).

Dated: September 30, 2024

Respectfully submitted,

*/s/ Henry T. Gaylord*
**BURNS & LEVINSON LLP**

1

Beth R. Myers (BBO #676043)
Paul R. Mastrocola (BBO #630664)
Henry T. Gaylord (BBO #713119)
125 High Street
Boston, MA  02110
Tel: 617.345.3000
Fax: 617.345.3299
bmyers@burnslev.com
pmastrocola@burnslev.com
hgaylord@burnslev.com

Nancy Gertner (BBO #190140)
**FICK & MARX LLP**
24 Federal Street, Fourth Floor
Boston, MA  02110
Tel: 857-321-8360
Fax: 857-321-8361
ngertner@fickmarx.com

Reuben A. Guttman (*admitted pro hac vice*)
Traci L. Buschner (*admitted pro hac vice*)
Elizabeth H. Shofner (*admitted pro hac vice*)
**GUTTMAN, BUSCHNER & BROOKS PLLC**
1509 22nd Street, NW
Washington, D.C. 20037
Tel: 202-800-3001
Fax: 202-827-0041
rguttman@gbblegal.com
tbuschner@gbblegal.com
lshofner@gbblegal.com

Richard A. Harpootlian (*admitted pro hac vice*)
Phillip D. Barber (*admitted pro hac vice*)
**RICHARD A. HARPOOTLIAN, P.A.**
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, SC 29201
(803) 252-4848
(803) 252-4810 (facsimile)
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

*Counsel for Plaintiff - Relators*

## CERTIFICATE OF SERVICE

    I, Henry T. Gaylord, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 30, 2024.

                                                            */s/ Henry T. Gaylord*